UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DAVID LEYVAS MORENO, | ) | No. CV 17-4220-JVS (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 9, 2018

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE